"I have not found any order canvassing the return showing that prohibition has been repealed in this County, I have examined the records carefully.

"Court admits the above Volume and pages of record."

 In our judgment these orders referred to by the county clerk should have been incorporated in this record in order that such a status could be determined by this court. We do not wish to be understood, however, to hold that same would have been necessary in the event of an agreement on the part of appellant that such area was dry. However we find no such agreement in the record.

It is also noted that the trial court did not instruct the jury that Cherokee County was a dry area, but instead he submitted the question to them in the following phrase: "* * * and if you believe such possession for the purpose of sale was in a dry area of Texas, as such has been hereinbefore defined to you," etc.

There are some other matters presented in the record that will doubtless not again occur in the event of another trial hereof.

For the reasons herein stated this judgment is reversed and the cause remanded.

Snell & Snell, of Houston, for appellants.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is robbery; the punishment, confinement in the penitentiary for seven years.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.